IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>USA,<br><br>　　　　　Defendant.　　　　　／ | No. C 09-04964 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 25, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 3, 2010</u>.

DESIGNATION OF EXPERTS: <u>1/14/11</u>; REBUTTAL: <u>2/14/11</u>.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 24, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 29, 2011</u>;

　　Opp. Due <u>May 13, 2011</u>;  Reply Due <u>May 20, 2011</u>;

　 and set for hearing no later than <u>June 3, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 30, 2011</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>September 12, 2011</u> at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall occur by 12/3/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge