Robert H. Blumenthal, SBN 31203
Law Offices of Robert H. Blumenthal
225 Bush Street, 16th Floor
San Francisco, CA 94104
Tel. 415-439-8328

Attorney for Plaintiff

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 09-04964 SI <br><br> STIPULATION RE CASE MANAGEMENT DATES; [PROPOSED] ORDER |

    Subject to the approval of the court, the parties, through their undersigned counsel, hereby stipulate to move all case management dates, including the trial date, as set forth below. The parties have agreed to and request these changes in the case management schedule because three of defendant's former employees whom plaintiff seeks to depose or may seek to depose have moved out of state or out of country. The parties seek this additional time in order to facilitate the taking of these depositions, which may be difficult or impossible to conduct before the

STIPULATION RE CASE MANAGEMENT DATES; [PROPOSED] ORDER
CV 09-04964 SI

current fact discovery deadline of December 3, 2010, due to the travel required, the Thanksgiving holidays, and the mediation in this case currently scheduled for December 1, 2010. Extending the case management dates would also permit the parties to mediate this case on December 1 before conducting the out-of-state and out-of-country depositions, thereby potentially saving both parties significant resources should the case settle on December 1.

The new case management dates are as follows:

NON-EXPERT DISCOVERY CUTOFF: February 28, 2011

DESIGNATION OF EXPERTS: March 14, 2011

EXPERT REBUTTAL: April 14, 2011

EXPERT DISCOVERY CUTOFF: May 24, 2011

DISPOSITIVE MOTIONS FILED BY: July 1, 2011

   Opposition Due: July 15, 2011

   Reply Due: July 22, 2011

   Set for Hearing No Later Than: August 5, 2011 at 9:00 AM

PRETRIAL CONFERENCE DATE: November 22, 2011 at 3:30 PM

COURT TRIAL DATE: December 5, 2011 at 8:30 AM

IT IS SO STIPULATED.

DATED: 11-3-10        By: _____
                          ROBERT H. BLUMENTHAL
                          Attorney for Plaintiff

                          MELINDA HAAG
                          United States Attorney

DATED: 11/3/10        By: _____
                          NEILL T. TSENG
                          Assistant United States Attorney
                          Attorneys for Defendant

STIPULATION RE CASE MANAGEMENT DATES; [PROPOSED] ORDER
CV 09-04964 SI                              2

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

*[signature: Susan Illston]*

4 | DATED:

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION RE CASE MANAGEMENT DATES; [PROPOSED] ORDER
CV 09-04964 SI                                3