1  Robert H. Blumenthal, SBN 31203
   Law Offices of Robert H. Blumenthal
2  225 Bush Street, 16th Floor
   San Francisco, CA 94104
3  Tel. 415-439-8328

4  Attorney for Plaintiff

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 UNITED STATES OF AMERICA

13
                        UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15
                            SAN FRANCISCO DIVISION
16

17 TYRONE DAVIS,                      )      No. CV 09-04964 SI
                                      )
18       Plaintiff,                   )
                                      )      **STIPULATION AND AGREEMENT OF**
19       v.                           )      **COMPROMISE AND SETTLEMENT;**
                                      )      **[PROPOSED] ORDER**
20 UNITED STATES OF AMERICA,          )
                                      )
21       Defendant.                   )
                                      )
22 ─────────────────────────────

23       BY AND THROUGH THEIR ATTORNEYS OF RECORD, THE PARTIES AGREE TO

24 THE FOLLOWING STIPULATION AND AGREEMENT OF COMPROMISE AND

25 SETTLEMENT AND [PROPOSED] ORDER:

26       1.    The parties do hereby agree to settle, compromise and dismiss the above-

27 captioned action ("This Action") under the terms and conditions set forth herein.

28       //

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [PROPOSED] ORDER
CV 09-04964 SI

1    2.    Defendant United States of America ("Defendant") agrees to pay to plaintiff Tyrone Davis ("Plaintiff") the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00) (the "Settlement Amount"), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to This Action, for which Plaintiff or his heirs, executors, administrators, assigns or attorneys, and each of them, now have or may hereafter acquire against Defendant or its agents, servants, and employees.

3.    Plaintiff and his heirs, executors, administrators, assigns or attorneys hereby agree to accept the Settlement Amount in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America or its agents, servants and employees on account of the same subject matter that gave rise to This Action. Plaintiff and his heirs, executors, administrators, assigns or attorneys further agree to reimburse, indemnify and hold harmless Defendant and its agents, servants or employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or his heirs, executors, administrators, assigns or attorneys against any third party or against the United States of America.

4.    This stipulation for compromise settlement is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation. This settlement does not constitute an admission of liability or fault on the part of Defendant.

5.    It is also agreed, by and among the parties, that the Settlement Amount paid by Defendant to Plaintiff represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered to Plaintiff in connection with this action shall not exceed 25 per centum of the Settlement Amount.

7. The persons signing this Stipulation and Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

8. Payment of the Settlement Amount will be made by a check drawn on the Treasury of the United States for Twenty Five Thousand Dollars and No Cents ($25,000.00) and made payable to "Tyrone Davis and Robert Blumenthal." Plaintiff and his attorney are informed that payment of the Settlement Amount may take sixty (60) days or more from the date that the Court "so orders" this Stipulation and Agreement to process. Plaintiff and his attorney are responsible for payment of any taxes that may be due on the settlement proceeds. Defendant makes no representation as to any tax consequences or liabilities Plaintiff or his attorney may incur as a result of this settlement.

9. In consideration of the payment of the Settlement Amount and the other terms of this Stipulation and Agreement, Plaintiff agrees that he will immediately upon execution of this agreement execute a Stipulation of Dismissal, which stipulation shall dismiss with prejudice all claims asserted in This Action and any claims that could have been asserted in This Action. The fully-executed Stipulation of Dismissal will be held by Defendant's counsel and will be filed with the Court upon receipt by Plaintiff's counsel of the Settlement Amount.

10. The parties further agree that the filing of this executed Stipulation and Agreement shall notify the Court of the parties' agreement to vacate all pending discovery, motion hearing dates, pretrial deadlines and any other case management date associated with This Action.

11. In consideration of the payment of the Settlement Amount and the other terms set forth in this Stipulation and Agreement, as set forth above, Plaintiff hereby releases and forever discharges Defendant and any and all of its past and present officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [PROPOSED] ORDER
CV 09-04964 SI 3

1  actions, claims, and demands of any kind and nature whatsoever, whether suspected or
2  unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown,
3  foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts,
4  circumstances and subject matter that gave rise to This Action.
5     12.   The provisions of California Civil Code Section 1542 are set forth below:
6     "A general release does not extend to claims which the creditor does not know or
7      suspect to exist in his favor at the time of executing the release, which if known
8      by him must have materially affected his settlement with the debtor."
9  Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by his
10 attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and
11 all rights he may have pursuant to the provision of that statute or pursuant to any similar
12 provision of federal law. Plaintiff understands that if the facts concerning Plaintiff's claimed
13 injuries and the liability of Defendant or its agents, servants, or employees for damages
14 pertaining thereto are found hereafter to be other than or different from the facts now believed to
15 be true, this Stipulation and Agreement shall be and remain effective notwithstanding such
16 material difference.
17    13.   This Stipulation and Agreement may be pled as a full and complete defense to any
18 action or other proceeding, including any local, state or federal administrative action, involving
19 any person or party that arises out of the claims released and discharged by this agreement.
20    14.   The parties agree that should any dispute arise with respect to the implementation
21 of the terms of this Agreement, Plaintiff shall not seek to rescind the Stipulation and Agreement
22 and pursue his original cause(s) of action. Plaintiff's sole remedy in such a dispute is an action to
23 enforce the Stipulation and Agreement in the United States District Court for the Northern
24 District of California. The parties agree that the District Court shall retain jurisdiction over this
25 matter for the purpose of resolving any dispute alleging a breach of this Stipulation and
26 Agreement.
27    15.   Each party acknowledges that it has been represented by and has relied upon
28 independent counsel in negotiating, preparing and entering into this Stipulation and Agreement

1 and that it has had the contents of this Stipulation and Agreement fully explained by counsel and
2 that it is fully aware of and understands all of the terms of the agreement and the legal
3 consequences thereof. It is further acknowledged that the parties have mutually participated in
4 the drafting of this Stipulation and Agreement and it is agreed that no provision herein shall be
5 construed against any party hereto by virtue of the drafting of this Stipulation and Agreement.
6     16.    If any provision of this Stipulation and Agreement shall be held invalid, illegal, or
7 unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in
8 any way be affected or impaired thereby.
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [PROPOSED] ORDER
CV 09-04964 SI
5

17. This instrument shall constitute the entire Agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this Agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

SO STIPULATED.

DATED: 3-9-2011        By: _____
                            TYRONE DAVIS
                            Plaintiff

DATED: 3-11-11         By: _____
                            ROBERT H. BLUMENTHAL
                            Attorney for Plaintiff


                            MELINDA HAAG
                            United States Attorney


DATED: 3-15-11         By: _____
                            NEILL T. TSENG
                            Assistant United States Attorney
                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS APPROVED AND SO ORDERED:**


DATED: 3/16/11             _____
                            HONORABLE SUSAN ILLSTON
                            UNITED STATES DISTRICT JUDGE

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [PROPOSED] ORDER
CV 09-04964 SI                              6