1  Robert H. Blumenthal, SBN 31203
   Law Offices of Robert H. Blumenthal
2  225 Bush Street, 16th Floor
   San Francisco, CA 94104
3  Tel. 415-439-8328

4  Attorney for Plaintiff

5  MELINDA HAAG (CSBN 132612)
   United States Attorney
6  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
11
   Attorneys for Defendant
12 UNITED STATES OF AMERICA

13                 UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

17 TYRONE DAVIS,                    )   No. CV 09-04964 SI
                                    )
18        Plaintiff,                )
                                    )   **STIPULATION OF DISMISSAL WITH**
19     v.                           )   **PREJUDICE; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
                                    )
20 UNITED STATES OF AMERICA,        )
                                    )
21        Defendant.                )
                                    )
22 _____   )

23     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

24 SUBMIT THE FOLLOWING STIPULATION:

25     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff TYRONE DAVIS

26 and defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the

27 above-captioned action, including all claims that were or could have been asserted therein. Each

28 //

party will bear its own costs.

SO STIPULATED.

DATED: 3-11-11                By: _____
                                  ROBERT H. BLUMENTHAL
                                  Attorney for Plaintiff


MELINDA HAAG
United States Attorney

DATED: 4/28/11               By: _____
                                  NEILL T. TSENG
                                  Assistant United States Attorney
                                  Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:   5/2/11              _____
                             HONORABLE SUSAN ILLSTON
                             UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
CV 09-04964 SI                           2